JPML FORM 1A                                                       Page 1

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 916 -- In re Chrysler Motors Corp. Marketing Investment Program Civil Rights Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/01/06 | 1 | MOTION, BRIEF, SCHEDULE OF ACTION AND CERT. OF SVC. -- filed by Plaintiff Mary Frost for transfer of action -- SUGGESTED TRANSFEREE DISTRICT: W.D. Oklahoma (ds) |
| 92/01/17 |   | ORDER STRIKING PLEADING -- Motion did not comply with rules (pldg. #1) -- notified involved counsel (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 916 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CHRYSLER MOTOR CORP. MARKETING INVESTMENT PROGRAM CIVIL RIGHTS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 1/17/92

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 916 -- In re Chrysler Motor Corp. Marketing Investment Program Civil Rights Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mary Frost v. Chrysler Corporation | Okla.,W. Cautheron | CIV-91-1827-C | | | | |
| A-2 | Chrysler Corporation v. Mary Frost | Mich.,E. | 91-CV-75797-DT | | | | |

## CERTIFICATE OF SERVICE

This is to certify that the attached document was served, by regular mail, upon:

ATTORNEYS FOR CHRYSLER CORPORATION

Gregory S. Muzingo
Gregory J. Ridelia
Attorney for Plaintiff
Chrysler Corporation
12000 Chrysler Drive
Highland Park, MI 48288-1919

Brooke S. Murphy
Crowe & Dunlevy
1800 Mid-America Bldg
20 North Broadway
Oklahoma City, OK 73102

Clerk,
United States District Court for
the Eastern District of Michigan
United States Courthouse
231 W. Lafayette St., Rm. 133
Detroit MI 48226

Clerk
United States District Court for
the Western District of Oklahoma
United States Courthouse
200 N.W. 4th St.
Oklahoma City, OK 73102

_____
12/17/91

FOR PLAINTIFF

_____
STEVEN M. ANGEL   OBA #303
LAW OFFICES OF STEVEN M. ANGEL
50 PENN PLACE, SUITE 825
OKLAHOMA CITY, OK 73118
(405)848-0286

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 916 -- In re Chrysler Motors Corp. Marketing Investment Program Civil Rights Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Chrysler Corporation | A-1 |
| Mary Frost | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |