```
                    JUDICIAL PANEL ON
                    MULTIDISTRICT LITIGATION
                           FILED

                        JAN. 17, 1992

                    PATRICIA D. HOWARD
                    CLERK OF THE PANEL
```

DOCKET Nº **916**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE CHRYSLER MOTORS CORP. MARKETING INVESTMENT PROGRAM CIVIL RIGHTS LITIGATION

### ORDER STRIKING PLEADING

The Clerk has filed your Motion to Transfer. However, it is deficient in the area(s) checked below:

| | |
|---|---|
| __X__ | Insufficient number of copies (Rule 7(a)) |
| _____ | Incomplete service or notation regarding lack of service on all parties in all actions (Rule 8(a)) |
| _____ | Counsel lists do not identify party represented and/or do not include complete names and addresses (Rule 8(a)) |
| _____ | Service of motion in affected district courts not complete (Rule 7(c) and (Rule 8(b)) |
| _____ | Supporting Brief not included (Rule 10(a)(ii)) |
| _____ | Schedule incomplete and/or not included (Rule 10(a)(ii)) |
| _____ | Schedule lists state court actions (Rule 10(a)(ii)(B)) |
| __X__ | Papers do not comply regarding format, heading, attorney in charge of case, or brief contains excessive number of pages (Rule 9) |
| _____ | Remand motion does not include affidavit as identified in Rule 14(d) |
| _____ | Other _____ |

The Clerk is hereby ORDERED to strike the above documents(s) from the record and notify counsel of such action.

If this deficiency is cured, the pleading will be duly considered by the Panel.

Dated: <u>January 17, 1992</u>

FOR THE PANEL:

*/s/ John F. Nangle*

John F. Nangle
Chairman